UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Bonita Berg,**
    **Plaintiff,**

  **v.**              **ORDER**
                **Civil No. 03-4642 (MJD/JSM)**

**United States of America et al.,**

    **Defendants.**
_____

Albert T. Goins and Joanna L. Woolman, Goins & Wood, PC; David Y. Trevor, Gillian A. Brennan, and Timothy E. Branson, Dorsey & Whitney, LLP; Jerry W. Blackwell, Blackwell Igbanugo PA; Teresa J. Nelson, ACLU of Minnesota; and Gary K. Wood, for Plaintiff.

R. Joseph Sher, United States Department of Justice, and Patricia Cangemi, Assistant United States Attorney, for Defendants.
_____

This matter is before the Court on Defendant's Appeal of Magistrate Judge Janie S. Mayeron's March 22, 2006 order. [Doc. No. 73.]

A district court must set aside any portion of a magistrate judge's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; D. Minn. LR 72.2(a). The Court has conducted a de novo review of the record and the Order and concludes that the Order is not clearly erroneous or contrary to law, and is therefore **AFFIRMED**.

Dated: April 14, 2006         s / Michael J. Davis
                   Michael J. Davis
                   United States District Court