UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Bonita Berg,**

        **Plaintiff,**

      **v.**                                           **ORDER**
                                                        **Civil No. 03-4642 (MJD/JSM)**

**United States of America et al.,**

        **Defendants.**

_____

**IT IS HEREBY ORDERED** that:

Counsel for the parties in this matter shall appear before Magistrate Judge Janie S. Mayeron in the St. Paul Federal Courthouse on May 18, 2006, at 10:00 a.m. for the setting of the schedule for the depositions of Agent Key, Officer Toyen, and the government statistician.

Dated: May 12, 2006                                                       s / Michael J. Davis
                                                                                Judge Michael J. Davis
                                                                                United States District Court