UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Bonita Berg,**

      **Plaintiff,**

    v.                                     **ORDER**
                                           Civil No. 03-4642 (MJD/JSM)

**United States of America et al.,**

      **Defendants.**
_____

Albert T. Goins and Joanna L. Woolman, Goins & Wood; David Y. Trevor, Gillian A. Brennan, and Timothy E. Branson, Dorsey & Whitney, LLP; and Gary K. Wood, for Plaintiff.

R. Joseph Sher, United States Department of Justice, and Patricia Cangemi, Assistant United States Attorney, for Defendants.

_____

On December 2, 2004, Defendants filed a motion for summary judgment in this case. [Doc. No. 26.] Since that time, the Parties have been involved in protracted discovery disputes that have required the Court to extend the discovery and motion deadlines in this case. Because of these disputes, the Court has never addressed the motion for summary judgment.

Pursuant to the latest pretrial scheduling order, discovery closed last Friday and the new dispositive motion deadline is September 1, 2006. The Court

anticipates that the Parties will file new motions for summary judgment at that time.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 26] is **TERMINATED**.

Dated: June 21, 2006

                                                s / Michael J. Davis
                                                Michael J. Davis
                                                UNITED STATES DISTRICT COURT