IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BONITA BERG<br><br>    PLAINTIFF,<br><br>  V.<br><br>THE UNITED STATES OF AMERICA, *ET AL.*,<br><br>    DEFENDANTS. | CIVIL NO 03-4642 (MJD/JSM) |

### Order Amending Summary Judgment Briefing Schedule

Based on the Stipulation of the parties, (Document No. 88) IT IS HEREBY ORDERED that Plaintiff may have until August 28, 2006 to file her Opposition to the Motion for Summary Judgment already filed by Defendants, and Defendants may have until September 11, 2006 to file their Reply Brief in support of such Motion. The October 25, 2006 hearing date shall remain unchanged.

Dated: August 8, 2006             s / Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court Judge